GEORGE McDONALD, Respondent, *v.* MOHAWK GAS COMPANY OF SCHENECTADY, Appellant.

*McDonald* v. *Mohawk Gas Co. of Schenectady,* 175 App. Div. 956, affirmed.

Argued January 23, 1919; decided February 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages to real property alleged to have been caused by an explosion of gas and resulting fire occurring through the negligence of. defendant in permitting gas from its service pipe to escape into the cellar of plaintiff's building.

*Daniel Naylon, Jr.,* for appellant.

*John Alexander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN, CRANE and ANDREWS, JJ.